**No. 59817.**—C. M. Gourdon, Inc. *v.* United States, protests 134574–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics, bleached, valued at more than $5.50 per pound, the same in all material respects as those the subject of *United States* v. *C. M. Gourdon, Inc.* (43 C. C. P. A. 4, C. A. D. 601), the claim of the plaintiff was sustained.